IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TIOMBE HARRIS,                )
                              )
    Petitioner,               )
                              )      CIVIL ACTION NO.
    v.                        )      3:16cv333-MHT
                              )          (WO)
UNITED STATES OF AMERICA,     )
                              )
    Respondent.               )
```

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Tiombe Harris's petition for writ of habeas corpus (doc. no. 2) is granted.

(2) The sentence (doc. nos. 72, 73, and 74) entered in United States v. Harris, 3:09-cr-112-MHT (M.D. Ala. Jan. 15, 2016), is vacated.

(3) The clerk of court is to file this judgment, along with the companion opinion, in United States v. Harris, 3:09-cr-112-MHT (M.D. Ala.).

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of May, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**